IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01325-ZLW-MEH

MICHAEL SYLVESTER,

    Plaintiff,

v.

AMICA MUTUAL INSURANCE COMPANY,

    Defendant.

---

## ORDER OF DISMISSAL

---

The matter before the Court is a Stipulation For Dismissal With Prejudice signed by the attorneys for the parties hereto. In consideration thereof, it is

ORDERED that the case is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs.

DATED at Denver, Colorado, this __8th__ day of April, 2008.

                BY THE COURT:

                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court